UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                             Chapter 13

Solange D. Chadda

    Debtor(s)                                       Bankruptcy No. 07-11920

ORDER

AND NOW, this _____ of April, 2007, it appearing that on July 22, 2002 an order was entered in the matter of In Re: Solange D. Chadda Bankruptcy No. 01-17570, directing that the debtor(s) may not file a bankruptcy petition under the provisions set forth in the Order dated July 22, 2002, it is hereby

ORDERED that this matter is DISMISSED as the debtor is ineligible for bankruptcy relief. See In re Casse, 198 F.3d 327 (2d Cir. 1999).

By the Court:

_____
Bruce I. Fox
U.S. Bankruptcy Judge